UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

VINCENT MURRAY

v.                                                                                          CA 11-001 ML

ASHBEL T. WALL

## MEMORANDUM AND ORDER

This matter is before the court on Petitioner's objection to a Report and Recommendation issued by Magistrate Judge Almond on February 25, 2011 (Docket #5). The Court has reviewed the Report and Recommendation and Petitioner's objection. The Court finds that Magistrate Judge Almond has accurately set forth the travel of this case and he has correctly applied the relevant law. Petitioner's objections are without merit. Accordingly, this Court adopts the Report and Recommendation in its entirety. The matter is DISMISSED with prejudice.

Pursuant to Rule 11(a) of the Rules Governing § 2254 Proceedings in the United States District Courts (§ 2254 Rules), this Court hereby finds that this case is not appropriate for the issuance of a certificate of appealability (COA) because the Petitioner has failed to make a substantial showing of the denial of a constitutional right as to any claim, as required by 28 U.S.C. § 2253(c)(2).

The Petitioner is advised that any motion to reconsider this ruling will not extend the time to file a notice of appeal in this matter. See § 2254 Rule 11(a).

SO ORDERED:

Mary M. Lisi
Chief United States District Judge
April 15, 2011